**Entered on Docket**
**May 18, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
10-71249

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 08-52384-gwz |
|---|---|
| Juan L. Valdez | Date: 5/4/2010<br>Time: 10:00 am |
| | Chapter 7 |
| Debtor(s). | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGE AND DECREED that Relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally described as 1820 Castle Way, Reno NV 89512.

Submitted by:
**WILDE & ASSOCIATES**

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
**pro se**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**Anabelle Savage**
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_____ No parties appeared or filed written objections, and the trustee is the movant.
__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_____ approved the form of this order        _____ disapproved the form of this order
_____ waived the right to review the order and/or   __x__ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____ approved the form of this order        _____ disapproved the form of this order
_____ waived the right to review the order and/or   _x___ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
_____ approved the form of this order        _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____ approved the form of this order        _____ disapproved the form of this order
_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor